IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HSG CONSTRUCTORS, LLC and INDUSTRIAL SPECIALISTS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ELIJAH PETERSON,<br><br>Defendant. | 8:16-CV-422<br><br>JUDGMENT |

On the parties' Joint Stipulation of Dismissal (filing 34), this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 10th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge